**Jozefa Wroblewski, appellee, v. Stanislaw Wroblewski, appellant. Gen. No. 34,572.**

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930. Rehearing denied January 5, 1931.

Alfred M. Loeser, for appellant. Kamfner & Halligan, for appellee; Arthur J. Goldberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.